FILED

2014 Jul-21  AM 09:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **RICARDO RAMIREZ** ) | |
| **MACAJOLA**, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-02210-AKK-HGD |
| ) | |
| **ERIC HOLDER, JR., et al.**, ) | |
| ) | |
| Respondents ) | |

### <u>MEMORANDUM OPINION</u>

On May 28, 2014, the magistrate judge entered a report and recommendation, doc. 18, regarding petitioner Ricardo Ramirez Macajola's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, doc. 1. The parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Doc. 18. at 10. Neither party filed any such objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court agrees with the magistrate that Macajola is not entitled to habeas relief at this time because he has failed to "provide evidence of a good reason to believe that there is no significant likelihood of removal in the reasonable future." *Id*. at 8 (quoting *Akinwale v. Ashcroft*, 287 F.3d 1050, 1052 (11th Cir. 2002)).  The court further accepts the recommendations of the magistrate judge

that Macajola's petition for writ of habeas corpus be dismissed without prejudice with regards to his claims concerning his continued detention and dismissed for lack of jurisdiction with respect to his challenge to the removal order and application for asylum.

The order will enter a contemporaneous order consistent with this opinion.

Done this 21st day of July, 2014.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE